<u>Fair Labor Standards Act Consent</u>

I consent to be a party plaintiff in a lawsuit against _DELICIAS TROPICAL REST._____, and/or related entities and individuals in order to seek redress for violations of Fair Labor Standards Act, the New York State Labor Law, and the New York Code of Rules and Regulations.

I hereby designate the Law offices of William Cafaro to represent me in such lawsuit.

This document was verbally translated to me from English to Spanish and I understand the contents thereof: me tradujeron este documento verbalmente del inglés al español y entiendo el contenido de él.

_____
Signature

_____
Full Name