

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

**LAW OFFICES OF WILLIAM CAFARO**

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

*Deena L. Buchanan, Esq.*
*Of Counsel*
ADMITTED IN NM & NJ

June 26, 2020

*<u>Via ECF</u>*
Hon. Steven M. Gold, U.S.M.J
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: Franco, et al v. Galvis & Musa Corp., et al
        Case No.: 19-cv-03828

Your Honor,

  This office represents the Named Plaintiff as well as the opt in plaintiffs in the above referenced action brought under the Fair Labor Standards Act and New York Labor Law. We write, with the consent of Defendants' counsel, to request that an assistant from my office be allowed to participate in the upcoming settlement conference as an interpreter. Although my clients are fluent in English, their native language is Spanish. In order for them to fully understand the proceedings with the Court we would like permission for an assistant from our office to participate in the settlement conference.

  We thank the Court for its courtesy in this regard.

         Respectfully Submitted,
         LAW OFFICE OF WILLIAM CAFARO

         _____
         By: Amit Kumar, Esq (AK 0822)
           *Attorneys for Plaintiffs*
           108 West 39th Street, Suite 602
           New York, NY 10018
           212-583-7400
           Akumar@Cafaroesq.com