# LEVIN-EPSTEIN & ASSOCIATES, P.C.
_____
420 Lexington Ave • Suite 2525 • New York, New York 10170
T: 212.792-0048 • E: Jason@levinepstein.com

July 6, 2020

*<u>Via Electronic Filing</u>*
The Honorable Judge Steven M. Gold
U.S. District Court Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

                          Re:    *Monica Franco v. Galvis & Musa Corp. et al.*
                                  Case No.: 19-cv-03828

Dear Honorable Judge Steven M. Gold:

      This law firm represents Galvis & Musa Corp (d/b/a Delicias Tropical Restaurant) and Maria Galvis (together, the "**Defendants**") in the above-referenced action.

      Pursuant Your Honor's Individual Motion Practices, this letter respectfully serves as a request to permit non-parties: (i) Alexis Abrego, a law clerk at Levin-Epstein Associate, P.C., and (ii) Maria Christina, Defendant Maria Galvis' daughter, to participate in the upcoming Settlement Conference scheduled for August 20, 2020 [*see* Dckt. No. 40].

      The basis of the request is that Defendant Maria Galvis is a native Spanish speaker, and speaks very limited English. Ms. Christina will function as an interpreter.

      Ms. Abrego has also worked closely with the undersigned and Defendants in connection with this action. Therefore, permission for her to attend the upcoming Settlement Conference is respectfully requested.

      Thank you, in advance, for your time and attention.

                                                   Respectfully submitted,

                                                   LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                        By: /s/ *Jason Mizrahi*
                                                Jason Mizrahi, Esq.
                                                420 Lexington Avenue, Suite 2525
                                                New York, NY 10170
                                                Tel. No.:  (212) 792-0048
                                                Email: Jason@levinepstein.com
                                                *Attorneys for Defendants Galvis & Musa*
                                                *Corp (d/b/a Delicias Tropical Restaurant)*
                                                *and Maria Galvis*