```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

MONICA FRANCO, ON BEHALF OF HERSELF
AND ALL OTHERS SIMILARLY SITUATED,
                                              MEMORANDUM & ORDER
                      Plaintiff,             19-cv-3828(EK)(SMG)

           -against-

GALVIS & MUSA, CORP., d/b/a DELICIAS
TROPICAL RESTAURANT, ZULMA MUSA, AND
MARIA GALVIS,

                      Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Gold's Report and Recommendation (R&R) dated September 30, 2020. Minute Entry dated 9/30/2020. Judge Gold recommends that this Court grant the parties' motion for approval of the settlement agreement they reached. ECF No. 47. Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews the R&R for clear error on the face of the record. *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord Gesualdi v. Mack Excavation & Trailer Serv., Inc.*, No. 09-CV-2502, 2010 WL 985294, at *1 (E.D.N.Y. Mar. 15, 2010). Having reviewed the record, the Court finds no clear error. Accordingly, the Court adopts the R&R in its entirety pursuant to 28 U.S.C.

§ 636(b)(1). Therefore, the parties' motion to approve the settlement agreement is granted.

SO ORDERED.

s/ Eric Komitee  
ERIC KOMITEE  
United States District Judge

Dated:   November 19, 2020
         Brooklyn, New York